stay vacated. Present — Dowlmg, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM A. MORGAN v. WARD BAKING COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MARSHALL, Alias JAMES S. LANDERS.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Inventory and Account of FRANK REIMANN, as Substituted Committee of WALTER J. KLESSE, an Incompetent Person.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES J. STEINBERG v. HAROLD TURK, as Receiver, etc., Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PRUDENTIAL COLLATERAL COMPANY, INC., v. LOUIS EISEMAN and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RUTH ST. CLAIRE.— Motion granted on conditions contained in order. Present — Dowling. P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS FITILIS.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HARRY M. ALFERT for Admission to the Bar. — Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ASSEMBLY, INC., v. JACOB A. GILLER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAM MALTZ and Another v. NATIONAL UNION FIRE INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, and O'Malley, JJ.

In the Matter of the Arbitration between OTTO B. SHULHOF and EITINGON SCHILD CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES L. CRAIG v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion for extension of time to serve and file record on appeal denied, with leave to apply at Special Term for such relief. Motion for stay granted, pending determination of application at Special Term. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIPP SCHELLER and NEOS CO.,INC., Individually and on Behalf of All Creditors of NATHAN GINSBERG v. NATHAN GINSBERG, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Dissolution of THE BONNIE-B CO., INC. In the Matter of the Dissolution of CONDE, LTD.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLAYTON B. JONES and Another v. OBCANSKA ZALOZNA V KARLINE.— Motion